IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILMA GRAHAM and RINIA
GRAHAM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioners,

v.

CASE NO. 1D16-3000

TRENTON APARTMENTS,
LTD. dba TRENTON
APARTMENTS,

     Respondent.

_____/

Opinion filed January 3, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Glorimil R. Walker of Three Rivers Legal Services, Inc., Gainesville, for Petitioners.

Conrad C. Bishop, III of the Bishop Law Firm, P.A., Perry, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.